UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND


THOMAS DiLORENZO

        v.                                                      CA 14-214 ML

CAROLYN COLVIN
Commissioner of the Social Security
Administration

## MEMORANDUM AND ORDER

This matter is before the Court on the Report and Recommendation issued by Magistrate Judge Almond (Docket #16). No objection has been filed and the time for doing so has passed.

This Court, therefore, adopts the Report and Recommendation. The Commissioner's Motion for an Order Affirming the Decision of the Commissioner (Docket #13) is GRANTED.

Plaintiff's Motion to Reverse the Decision of the Commissioner (Docket #9) is DENIED.


SO ORDERED:


*/s/ Mary M. Lisi*
Mary M. Lisi
United States District Judge
April 22, 2015